UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **SHERMAN TERRELL TIPPIT** | **CIVIL ACTION NO. 26-0039** |
| **VS.** | **SECTION P** |
| | **JUDGE JERRY EDWARDS, JR.** |
| **C. WENDELL MANNING, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff Sherman Terrell Tippit's claims are **DISMISSED WITH PREJUDICE** as legally frivolous, for failing to state claims on which relief may be granted, and for seeking monetary relief from defendants immune from such relief.

ALEXANDRIA, LOUISIANA, this 11th day of February, 2026.

_____
JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE